FILED 2-22-05
IN CLERKS OFFICE

CLERK - U.S. DISTRICT COURT
1 COURTHOUSE WAY SUITE 2300
BOSTON, MA 02210-3002

2005 FEB 22 P 1:33

U.S. DISTRICT COURT
DISTRICT OF MASS

# 05-40042

CLERK

ENCLOSED IS A PETITION AND A FILING FEE.

I WILL SEND THE MONEY IN ANOTHER ENVELOPE VIA THE PRISON

Coy Phelps IN PRO SE

COY PHELPS 78512-011

FMC DEVENS

P.O. BOX 879

AYER MA 01432