UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COY PHELPS

       PETITIONER

— v —

DAVID WINN, et. al.

       RESPONDENTS

CASE NO:

CA 05-40042 GAO

MOTION TO CORRECT PETITION

*FILED IN CLERKS OFFICE 2005 MAR 31 A 11:52 U.S. DISTRICT COURT DISTRICT OF MASS*

---

The above petitioner request this court to allow him to add a clause to statement #51 (page 13) of the petition submitted to the court on February 22, 2005 but which has not yet received a docket number even though a filing fee of $155.00 was paid ($5.00 for the Habeas Corpus and 150.00 for the Judicial Review). The statement was inadvertently omitted.

Statement #51 reads

"The U.S. Attorney General of the United States must sue the country from which the illegal alien came to replace the cost of searching for, and apprehending, the illegal alien and to replace the cost of support of the illegal alien for all the time the alien has been in the United States or its territories;"

Add to the phrase

" — — — — — — — , when the foreign government not only does not prevent the illegal entry into the United States, but also condones and instructs the aliens how to enter the United States illegally (see the attached newspaper article from the New York Times, January 9, 2005)"

RESPECTFULLY SUBMITTED ON THIS 28th DAY OF MARCH, 2005

Coy Phelps         IN PRO SE
COY PHELPS 78872-011
FMC-DEVENS
P.O. BOX 879
AYER, MASSACHUSETTS
01432

**Word for Word**

Sneaking into America: the comic book.



THE NEW YORK TIMES, SUNDAY, JANUARY 9, 2005

**Word for Word / Border Crossing**

# A Guide for the Illegal Migrant

LAST month, the Mexican government published and distributed a comic-book-style pamphlet, offering advice to those who cross its border illegally into the United States, about a million people a year.

The booklet, "Guide for the Mexican Migrant," immediately drew fire in the United States from some members of Congress and from groups that favor tightening immigration laws. These critics called the 31-page publication a how-to manual for illegal aliens, which blatantly encourages people to break United States law.



Don't trust smugglers who promise quick transit to the other side of the border.

All Illustrations, the Mexican Foreign Ministry

Officials in Mexico said that distributing the guide was not unlike providing information about AIDS to illegal drug users. In this case, they were simply trying to save lives by recognizing that people are crossing the border in record numbers and that some die horribly along the way. At least 300 people died trying to sneak into the United States last year.

Among other warnings, the government cited the risks of being victimized by "polleros, coyotes or pateros" — in English, chicken herders, coyotes and duck herders — slang for those who smuggle migrants across the border.

Excerpts from the booklet, translated from Spanish by The New York Times, follow.

JAMES C. McKINLEY Jr.



Migrants may drown or die of thirst.

## INTRODUCTION

Dear Countryman:

This guide is meant to give you some practical advice that could be useful if you have made the difficult decision to seek new labor opportunities outside your country.

The safe way to enter another country is to obtain your passport from the Mexican foreign ministry, and a visa from the embassy or consulate of the country to which you wish to travel.

Still, in practice we see many cases of Mexicans who try to cross the northern border without the necessary documents, traveling through dangerous terrain, which includes deserts and rivers with strong and sometimes invisible currents.

Drinking water mixed with salt will help to replace lost body fluids. Although you will feel thirstier, there is a much lower risk of dehydration if you drink salt water.

If you get lost, use power lines, train tracks or dirt roads as guides.

## BE CAREFUL WITH 'POLLEROS'...

They may try to fool you with assurances that they will take you across in a few hours through mountains or deserts. This is not true! They can risk your life leading you across rivers, irrigation canals, desert zones, train lines or high-speed highways.

If you decide to resort to "polleros," "coyotes" or "pateros" to cross the border, consider the following precautions:

Do not let him out of your sight; remember that he is the only one who knows the terrain and, therefore, the only one who can lead you across.

Distrust anyone who offers to take you to the "other side" and asks you to drive a vehicle or carry a package for him. Those packages often contain drugs or other prohibited substances. For this reason, many people have ended up in prison.

If you transport other people, you could be confused with a "pollero" or "coyote," and they can accuse you of smuggling people or stealing a vehicle.

## DO NOT USE FALSE DOCUMENTS...

If you try to cross with false documents or ones that belong to another person, keep in mind the following:

Using false documents or those of another person is a federal crime in the United States, for which you can be tried and sent to prison; the same is true if you use a false name or say you are a United States citizen when you are not.

## IF YOU ARE DETAINED

Do not resist arrest.

Do not assault or insult the official.

Do not throw stones or objects at the official or at the patrol car, as this is considered a provocation of the officials.

Do not hide in dangerous places.

Do not cross high-speed highways.

It is better that they detain you for a few hours and repatriate you to Mexico than that you get lost in the desert.

## YOU HAVE RIGHTS!

Your rights are:

To know where you are.

To ask permission to communicate with a representative of the nearest Mexican consulate, so that you can get help.

To refuse to make a declaration or sign documents, especially if they are in English, without the advice of a lawyer or a representative of the Mexican consulate.

To receive medical attention if you are injured or sick.

To be respected and treated well, no matter what your migrant status.

To be transported in a safe manner.

To have water and food whenever you need it.

Not to state your migratory status when detained.

Not to be hit or insulted.

Not to be held incommunicado.

To ask for a receipt, so that you can reclaim your belongings if they are taken from you.



If police come to your house, ask for a warrant.

## AVOID

Avoid calling attention to yourself, at least while you arrange your stay or documents for living in the United States.

The best formula is to not alter your routine at work or at home.

Avoid loud parties; the neighbors might be bothered and call the police and you could be arrested.

Avoid getting into fights. If you go to a bar or nightclub and a fight breaks out, leave, for in the confusion you could be arrested even though you