FILED
IN CLERKS OFFICE    3-28-05
2005 MAR 31 A 11:
CA 05-40042 GAO
U.S. DISTRICT COURT
DISTRICT OF MASS

CLERK - U.S. DISTRICT COURT

ATTACHED TO THIS LETTER IS THE COVER PAGE OF A PETITION I SENT TO THE COURT ON 2-22-05. I PAID THE FILING FEE OF $5.00 FOR THE HABEAS CORPUS AND $150.00 FOR THE JUDICIAL REVIEW.

I HAVE NOT YET RECEIVED A DOCKET NUMBER FOR THE CASE AND IT HAS BEEN OVER A MONTH.

INCLUDED IS A MOTION TO CORRECT THE PETITION.

THE FILING FEE WAS SENT SEPARATELY FROM THE PETITION.

Thank you

Coy Phelps   IN Pro Se
COY PHELPS 78872-011
FMC - DEVENS
P O BOX 879
AYER MA
01432

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| COY PHELPS | CASE NO: |
|---|---|
| PETITIONER | PETITION FOR A WRIT OF HABEAS CORPUS |
| -v- | AND A |
| DAVID WINN, et al. | PETITION FOR A JUDICIAL REVIEW OF |
| RESPONDENT(S) | ADMINISTRATIVE DECISIONS |

I

## JURISDICTION AND AUTHORITY

THIS COURT HAS JURISDICTION AND AUTHORITY TO REVIEW THIS PETITION AND TO GRANT RELIEF AND REMEDY UNDER 28 USC 2201-2202 (DECLARATORY JUDGMENT), 28 USC 2241 (HABEAS CORPUS), AND 5 USC 701-706 (JUDIC REVIEW OF ADMINISTRATIVE DECISIONS). THIS COURT HAS EQUITY JURISDIC

II

## EXHAUSTION OF ADMINISTRATIVE REME

ALTHOUGH THE TERMS OF THE PRISONER LITIGATION &
OF REMEDY") DOES NOT APPLY TO THE ABOVE PETITION
STATUS OF BEING A UNCONVICTED CIVIL COMMITM
REGARDING A CHALLENGE TO ALL THE RULES,
BUREAU OF PRISONS (BOP) FILE NUMBER
THE ACTS, ACTIONS, INACTIONS, AND O