UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COY PHELPS<br>        Petitioner<br><br>    -v-<br><br>DAVID WINN, et. al.<br>        Respondents | CASE NO: 4:05-cv-40042-GAO<br><br>NOTICE OF<br>RELATED CASE |

PLEASE TAKE NOTICE

That this case may be related to the case of __PHELPS v WINN__, 4:05-cv-40063-GAO and __PHELPS v WINN__, 4:05-cv-40003-GAO.

DATE: April 20, 2005

_____ In Pro Se
COY PHELPS 78872-011
FMC-DEVENS
P. O. Box 879
Ayer, Massachusetts
01432