UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**COY PHELPS**
        Petitioner

V.

**DAVID WINN**
        Respondent

CIVIL ACTION

NO.  05-40042-GAO

## O R D E R

O'TOOLE, D. J.

    Pursuant to Rule 4(b) of the Rules Governing Section 2241 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition upon the office of the United States Attorney General, the United States Attorney and the office of Immigration and Naturalization .

    It is further ordered that the Respondent shall, within 60 days of receipt of this Order, file an answer or other responsive pleading.

APRIL 27, 2006
Date

/s/ George A. O'Toole, Jr.
United States District Judge

(2241servINS.wpd - 09/00)　　　　　　　　　　　　　　　　　　　[2241serv.]