UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COY PHELPS,                )<br>                            )<br>            Petitioner, )<br>v.                          )<br>                            )<br>DAVID WINN, et al.,         )<br>                            )<br>            Respondents.)<br>                            ) | Civil Action No. 05-40042-GAO |

**MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND**

The United States respectfully requests an extension of time until October 11, 2006, to answer or otherwise respond to the plaintiff's Petition for Writ of Habeas Corpus. Plaintiff, who is confined at the Federal Medical Center in Devens, Massachusetts, raises numerous, confusing objections concerning his confinement. Analyzing and investigating the claims raised in his Petition therefore requires the assembly and review of Plaintiff's records and consultation with members of the Bureau of Prisons staff. Accordingly, in order to provide the Court with an informed response to Plaintiff's Petition, this additional time is needed.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

         /s/ Damian W. Wilmot
By:  Damian W. Wilmot
     Assistant U.S. Attorney
     Moakley Federal Courthouse
     One Courthouse Way, Suite 9200
     Boston, MA 02210
     (617) 748-3398

Dated: August 10, 2006

## CERTIFICATION UNDER L.R. 7.1

Because Plaintiff is a pro se prisoner currently confined in a federal correctional facility, counsel for the United States respectfully requests leave to file this Motion without a 7.1 conference. It is the undersigned's position that because the Plaintiff is *pro se* a 7.1 conference is unnecessary, as that Rule pertains to "counsel."

        /s/ Damian W. Wilmot
        DAMIAN W. WILMOT
        Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that on August 10, 2006, I caused a copy of the foregoing Motion to be served on Plaintiff by first class mail, postage pre-paid to Coy Phelps (78872-011), FMC-Devens, 42 Patton Road, P.O. Box 879, Ayer, MA 01432.

        /s/ Damian W. Wilmot
        DAMIAN W. WILMOT
        Assistant U.S. Attorney