UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
COY PHELPS,                             )
                                        )
    Petitioner,                         )
                                        )
v.                                      )    Civ. No. 05-CV-40042-GAO
                                        )
DAVID WINN, et al.,                     )
                                        )
    Respondents.                        )
_____
```

MOTION OF RESPONDENTS TO DISMISS

The Respondents, David Winn, et al., through their undersigned counsel hereby move, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts and Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the Petition For Writ of Habeas Corpus under 28 U.S.C. §§ 1361, 2241. In support of this motion, the Respondents submit the accompanying Respondents' Memorandum in Support of Their Motion to Dismiss Habeas Corpus

Petition, or, in the Alternative, to Transfer Venue, and the Declaration of Michael S. Romano.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | MICHAEL J. SULLIVAN<br>United States Attorney |
| By: | /s/ Jennifer C. Boal<br>JENNIFER C. BOAL<br>Assistant U.S. Attorney<br>John Joseph Moakley U. S. Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 |
| October 11, 2006 | 617-748-3100 |

## CERTIFICATE PURSUANT TO LR. 7.1(A)(2)

The Respondents take the position that, because LR. 7.1(A)(2) requires "counsel" to confer, the Rule is inapplicable where, as here, plaintiff is proceeding pro se and is incarcerated. To the extent the Court considers the Rule applicable, the undersigned requests that it be waived here.

/s/   Jennifer C. Boal
Jennifer C. Boal

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document , as well as the accompanying Memorandum of Law and Declarations described above, were served upon Petitioner Coy Phelps, Reg. No. 78872-011, FMC Devens Camp, P.O. Box 879, Ayer, MA 01432 by first class, postage prepaid mail on this date.

October 11, 2006     /s/ Jennifer C. Boal
Jennifer C. Boal