UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| COY PHELPS, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No.05-40042-GAO |
| | ) | |
| DAVID WINN, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## **NOTICE OF APPEARANCE**

To the Clerk:

    Please enter my appearance in the above-captioned case as counsel for the Defendant.


Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


By:    /s/ Jennifer C. Boal
        Jennifer C. Boal
        Assistant U.S. Attorney
        John J. Moakley U.S. Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA  02210
        (617) 748-3100


Dated: December 27, 2006

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document , as well as the accompanying Memorandum of Law and Declaration described above, were served upon Petitioner Coy Phelps (78872-011), FMC-Devens, 42 Patton Road, P.O. Box 879, Ayer, MA 01432 by first class, postage prepaid mail on this date.


December 27, 2006                            /s/ Jennifer C. Boal   
                                       Jennifer C. Boal