UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COY PHELPS
         Petitioner

v.                                        CIVIL ACTION NO. 05-40042-GAO

CAROLYN SABOL
         Respondent

**JUDGMENT IN A CIVIL CASE**

O'TOOLE            , D.J.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the court's Opinion and Order, dated September 26, 2007, the respondent's motion to dismiss (dkt. No. 10) is GRANTED. There being no remaining claims in this case, the petitioner's and respondent's respective motions to consolidate cases ( dkt. Nos. 12 and 13) are MOOT.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 9/26/07                           By  Paul S. Lyness
                                              Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)