UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2007 OCT -2 P 1: 13
U.S. DISTRICT COURT
DISTRICT OF MASS.

COY PHELPS
   PETITIONER

—V—

CAROLYN SABOL
   RESPONDENT

CASE 05-40042-GAO

NOTICE OF APPEAL

PLEASE TAKE NOTICE

THAT THE ABOVE PETITIONER COY PHELPS WILL APPEAL TO THE FIRST CIRCUIT U.S. COURT OF APPEALS FROM THE FINAL ORDER AND JUDGMENT OF THE HONORABLE GEORGE A. O'TOOLE ISSUED IN THE ABOVE CASE ON 9-26-2007

DATE: 9-28-2007

Coy Phelps IN Pro Se
COY PHELPS 78872-011
FMC DEVENS
P.O. Box 879
AYER MA
    01432

9-28-07

CLERK- U.S. DISTRICT COURT

FILED
IN CLERKS OFFICE

ENCLOSED ARE FOUR NOTICE OF APPEAL DOCUMENTS.

2007 OCT -2 P 1:13

THE FILING FEE ($455.00) FOR EACH CASE WILL BE SENT TO YOU IN A SEPARATE ENVELOPE. (455 X 4 = $1820.00)

U.S. DISTRICT COURT
DISTRICT OF MASS.

IF THERE IS A DIFFERENT PRICE FOR APPEALING A HABEAS CORPUS ACTION PLEASE LET ME KNOW.

Coy Phelps
Coy Phelps 78872-011
FMC Devens
PO Box 879
Ayer MA 01432