UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-40042

Coy Phelps

v.

Carolyn Sabol

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-19

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/2/2007 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 22, 2007.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 10/23/07 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL, HABEAS

# United States District Court
## District of Massachusetts (Worcester)
### CIVIL DOCKET FOR CASE #: 4:05-cv-40042-GAO

Phelps v. Winn  
Assigned to: Judge George A. O'Toole, Jr  
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 03/07/2005  
Date Terminated: 09/26/2007  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

Coy Phelps    represented by    **Coy Phelps**  
78872-011  
FMC, Devens  
PO Box 879  
Ayer, MA 01432  
*PRO SE*

V.

**Respondent**

David Winn    represented by    **Jennifer C. Boal**  
United States Attorney's Office  
John Joseph Moakley Federal Courthouse  
1 Courthouse Way  
Suite 9200  
Boston, MA 02210  
617-748-3100  
Email: jennifer.boal@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2005 | 1 | PETITION for Writ of Habeas Corpus (2241) $ 0.0, receipt number NA (see document #2) , filed by Coy Phelps.(Hassett, Kathy) (Entered: 03/07/2005) |
| 03/07/2005 | 2 | Letter/request (non-motion) from Coy Phelps regarding filing fee. (Hassett, Kathy) (Entered: 03/07/2005) |
| 03/31/2005 | 3 | MOTION to Correct 1 Petition for Writ of Habeas Corpus (2241) by Coy Phelps. (Attachments: # 1 article attached to motion)(Edge, Eugenia) (Entered: 04/04/2005) |

| | | |
|---|---|---|
| 03/31/2005 | 4 | Letter(non-motion) from Coy Phelps. (Attachments: # 1 attachment to cover)(Edge, Eugenia) (Entered: 04/04/2005) |
| 04/22/2005 | 5 | NOTICE of related cases by Coy Phelps (Hassett, Kathy) (Entered: 04/22/2005) |
| 05/04/2005 | | Filing fee: $ 5.00, receipt number 63956 regarding Habeas Corpus (Edge, Eugenia) (Entered: 05/23/2005) |
| 03/29/2006 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 3 Motion to Correct ( Copy of order mailed out to Coy Phelps) (Lyness, Paul) (Entered: 03/29/2006) |
| 04/27/2006 | 6 | Judge George A. O'Toole Jr.: ORDER entered. SERVICE ORDER re 2241 Petition. Order entered pursuant to R.4 of the Rules governing Section 2241 cases for service on respondents. The answer or responsive pleading is due within 60 days of receipt of this order. ( Copy of order mailed out to petitioner and copy of order and petition mailed out to U.S. Attorney's Office.)(Lyness, Paul) (Entered: 04/27/2006) |
| 06/06/2006 | 7 | MOTION to submit new information on the above case by Coy Phelps. c/s (Attachments: # 1 Notice of related cases)(Edge, Eugenia) (Entered: 06/06/2006) |
| 08/10/2006 | 8 | MOTION for Extension of Time to October 11, 2006 to File Answer or Otherwise Respond by David Winn.(Wilmot, Damian) (Entered: 08/10/2006) |
| 08/17/2006 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 8 Motion for Extension of Time (Lyness, Paul) (Entered: 08/17/2006) |
| 09/20/2006 | 9 | Please Take Notice document with attachments (non-motion) from Coy Phelps. (Edge, Eugenia) (Entered: 09/22/2006) |
| 10/11/2006 | 10 | MOTION to Dismiss by David Winn.(Boal, Jennifer) (Entered: 10/11/2006) |
| 10/11/2006 | 11 | MEMORANDUM in Support re 10 MOTION to Dismiss filed by David Winn. (Attachments: # 1)(Boal, Jennifer) (Entered: 10/11/2006) |
| 10/24/2006 | 12 | MOTION to Consolidate Cases (05-cv-40042, 06-cv-40082, 06-cv-40143, 06-cv-40163) by Coy Phelps. c/s(Edge, Eugenia) (Entered: 10/26/2006) |
| 12/27/2006 | 13 | MOTION to Consolidate Cases by David Winn. (Attachments: # 1)(Boal, Jennifer) (Entered: 12/27/2006) |
| 12/27/2006 | 14 | NOTICE of Appearance by Jennifer C. Boal on behalf of David Winn (Boal, Jennifer) (Entered: 12/27/2006) |
| 01/05/2007 | 15 | REPLY to Response to Motion re 12 MOTION to Consolidate Cases filed by Coy Phelps. (Edge, Eugenia) (Entered: 01/08/2007) |
| 02/26/2007 | 16 | MOTION to Appoint Counsel by Coy Phelps.(Edge, Eugenia) (Entered: 02/27/2007) |
| | | |

| | | |
|---|---|---|
| 03/29/2007 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 7 Motion, denying 16 Motion to Appoint Counsel ( Copy of order mailed out to Coy Phelps) (Lyness, Paul) (Entered: 03/29/2007) |
| 09/26/2007 | 17 | Judge George A. O'Toole Jr.: OPINION AND ORDER entered granting 10 Motion to Dismiss; finding as moot 12 Motion to Consolidate Cases; finding as moot 13 Motion to Consolidate Cases ( Copy of this Order mailed out to petitioner) (Lyness, Paul) (Entered: 09/26/2007) |
| 09/26/2007 | 18 | Judge George A. O'Toole Jr.: ORDER entered. JUDGMENT in favor of Respondent against Petitioner ( Copy of this judgment mailed out to petitioner)(Lyness, Paul) (Entered: 09/26/2007) |
| 10/02/2007 | 19 | NOTICE OF APPEAL as to 18 Judgment by Coy Phelps NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/22/2007. (Attachments: # 1 Cover Letter re Fee (not paid) )(Edge, Eugenia) (Entered: 10/02/2007) |
| 10/19/2007 | | Filing fee: $ 455, receipt number 83104 for 19 Notice of Appeal. (Edge, Eugenia) (Entered: 10/19/2007) |
| 10/22/2007 | | Remark: Case compiled and forwarded to J. Ramos. (Edge, Eugenia) (Entered: 10/22/2007) |