# MANDATE

# United States Court of Appeals
## For the First Circuit

05-40042
USDC MA
O'Toole, G.

---

No. 07-2609

COY PHELPS,

Petitioner, Appellant,

v.

SHAWN CHANNEL, ET AL.,

Respondents, Appellees.

No. 07-2610

COY PHELPS,

Petitioner, Appellant,

v.

FEDERAL BUREAU OF PRISONS, ET AL.,

Respondents, Appellees.

No. 07-2611

COY PHELPS,

Petitioner, Appellant,

v.

HOWARD HAAS, ET AL.,

Respondents, Appellees.

No. 07-2612

COY PHELPS,

Petitioner, Appellant,

v.

CAROLYN A. SABOL, WARDEN,

FEDERAL MEDICAL CENTER, DEVENS,

Respondent, Appellee.

---

Before

Boudin, <u>Circuit Judge</u>,
Stahl, <u>Senior Circuit Judge</u>,
and Lipez, <u>Circuit Judge</u>.

---

JUDGMENT

Entered: June 25, 2008

Petitioner, Coy Phelps, appealed from the United States District Court for the District of Massachusetts's denials of his petitions for habeas corpus relief pursuant to 28 U.S.C. § 2241.

Having carefully reviewed his claims, we <u>affirm</u> the dismissal of his petition for the reasons stated in the district court's September 26, 2007 opinions and orders for Civil Action Numbers 05-40042-GAO, 06-40082-GAO, 06-40163-GAO, and 06-40282-GAO. We add only that any claims raised on appeal that the district court did not address are deemed waived. See <u>Castillo</u> v. <u>Matesanz</u>, 348 F.3d 1, 12 (1st Cir. 2003).

<u>Affirmed</u>.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 8/19/08

By the Court:

/s/ Richard Cushing Donovan, Clerk.

cc:
Coy Phelps
Jennifer C. Boal
Sonya A. Rao
Michael J. Sullivan